In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00320-CR**
**NO. 09-12-00321-CR**

_____

**OLIVIA NICOLE BARTEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause Nos. 21857, 22192**

## MEMORANDUM OPINION

Appellant Olivia Nicole Bartee pleaded guilty to engaging in organized criminal activity and burglary of a vehicle. The trial court found the evidence sufficient to find Bartee guilty, but deferred further proceedings and placed Bartee on community supervision for five years in the engaging in organized criminal activity case and one year in the burglary of a vehicle case. The State subsequently filed a motion to adjudicate guilt in each case. Bartee pleaded "not true" to all of the alleged violations of the conditions of her community supervision in each

case.[1] After conducting an evidentiary hearing, the trial court found that Bartee violated the conditions of her community supervision, found Bartee guilty of engaging in organized criminal activity and burglary of a vehicle, and assessed punishment at ten years of confinement in the engaging in organized criminal activity case and one year of confinement in the burglary of a vehicle case.

Bartee's appellate counsel filed briefs that present counsel's professional evaluation of the records and conclude the appeals are frivolous. *See Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On November 21, 2012, we granted an extension of time for Bartee to file *pro se* briefs. We received no response from Bartee.

We have reviewed the appellate records, and we agree with counsel's conclusion that no arguable issues support the appeals. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeals. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgments.[2]

---

[1]The judgments erroneously state that Bartee pleaded "true."

[2]Bartee may challenge our decision in these cases by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on March 5, 2013
Opinion Delivered March 27, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.